# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** <br> v. <br><br> Fernando GASTELUM <br> DOB: xx/xx/1989; U.S. Citizen | DOCKET NO. <br> **VICTIM** <br><br> MAGISTRATE'S CASE NO. <br> 13-02703 M- |
| Complaint for violation of Title 18 | United States Code § 111(a)(1) |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 3, 2013, at or near Tubac, in the District of Arizona, Fernando Gastelum did intentionally and forcibly assault United States Border Patrol Agent A. W., an officer of the United States, while he was engaged in and on account of the performance of his official duties, that is, Fernando Gastelum was combative and placed his arms around Agent A.W.'s neck in a neck hold, such act constituting more than simple assault, in violation of Title 18, United States Code, Sections 111(a)(1).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

At approximately 2:35 p.m. on December 3, 2013, at or near Tubac, Arizona, in the District of Arizona, Fernando GASTELUM approached the I-19 United States Border Patrol (USBP) checkpoint in a red Honda Accord. GASTELUM was referred to secondary inspection and USBP agents requested that GASTELUM exit his vehicle and have a seat in the inspection area. GASTELUM became verbally combative and failed to comply with the agent's request to take a seat and remove his hands from his pockets. GASTELUM refused to obey repeated commands and stated "fuck you" to the officer while taking an aggressive posture and raising his hands. When USBP Agent A.W. attempted to place GASTELUM in the seat by placing his left hand on GASTELUM's shoulder to firmly push him into the seat while giving instructions, GASTELUM became actively resistant, ripped his arm out of the agent's control then grabbed onto Agent A.W. from behind and put his arms around the agent's neck. Another agent had to assist so that Agent A.W. could break free of GASTELUM's neck hold. GASTELUM continued to be combative and yelling until the agents could handcuff him.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED <br><br> Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. <br><br> REVIEWED by AUSA Nicole P. Savel <br> Sworn to before me and subscribed in my presence. | SIGNATURE OF COMPLAINANT <br> *[signature]* <br><br> OFFICIAL TITLE <br> BORDER PATROL AGENT |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1] <br> *[signature]* | DATE <br> December 4, 2013 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54