JOHN S. LEONARDO
United States Attorney
District of Arizona
RUI WANG
State Bar No. 024184
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: rui.wang@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 13-2703M (BPV) |
| Plaintiff, | |
| vs. | GOVERNMENT'S MOTION TO DISMISS COMPLAINT |
| Fernando Gastelum, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court, the United States Attorney for the District of Arizona hereby dismisses the above captioned complaint without prejudice against defendant Fernando Gastelum, and requests an order releasing the defendant from any pre-trial release conditions.

Respectfully submitted this 6th day of December, 2013.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*/s/ Rui Wang*

RUI WANG
Assistant U.S. Attorney

Copy of the foregoing served electronically or by
other means this 6th day of December, 2013, to:

Jay Sagar, AFPD